IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-00015-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNY ORLIN SIMMONS,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se motion alleging that the United States committed a *Brady* violation. [DE 45]. This court does not consider pro se motions filed by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Defendant is currently represented by Jonathan W. Trapp. [DE 6]. Accordingly, the motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 6th day of March, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE