IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00015-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNY ORLIN SIMMONS,

    Defendant.

ORDER

    The court takes up this matter sua sponte. On April 11, 2025, the court granted as modified Jonathan Trapp's Motion to Withdraw. [DE 55]. In the order, the court stated that Mr. Trapp's representation of Defendant in this case would be considered terminated "[u]pon the completion and filing of" the CJA-23 form. *Id.* To date, no such form as been filed. Accordingly, Mr. Trapp remains Defendant's counsel of record. Mr. Trapp SHALL file a status report on or before May 19, 2025, informing the court as to when the CJA-23 form is expected to be filed.

    SO ORDERED this 9th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE