IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00015-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNY ORLIN SIMMONS, <br><br> Defendant. | ORDER |

The court takes up this matter sua sponte. On May 12, 2025, the court ordered Jonathan W. Trapp to file a status report on or before May 19, 2025, informing the court as to the expected filing date of Defendant's CJA-23 form. [DE 56]. No such notice was provided. The court was made aware in another case that Mr. Trapp was selected for jury service to commence the week of May 19, 2025. *See United States v. Cannady*, No. 5:21-cr-00055-M, DE 109 (E.D.N.C. May 20, 2025). Accordingly, the court will extend the deadline. Mr. Trapp is ORDERED to file a status report on or before May 28, 2025, as to the status of Defendant's CJA-23 form. Further, Defendant's sentencing hearing is continued until the July 8, 2025, term of court.

SO ORDERED this 20th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE