IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00015-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNY ORLIN SIMMONS,

    Defendant.

ORDER

The court takes up this matter sua sponte. On April 11, 2025, the court granted as modified Jonathan W. Trapp's Motion to Withdraw, stating that his representation of Defendant in this matter would be considered terminated upon the completion and filing of a CJA-23 form. [DE 55] at 1. The court issued two more orders on May 12 and May 20, directing Mr. Trapp to file a status report concerning his compliance with this directive, but no response has been forthcoming. [DE 56]; [DE 57].

Accordingly, the Federal Public Defender's Office is DIRECTED to provide Defendant with court-appointed counsel to the extent he qualifies. Mr. Trapp's representation of Defendant in this matter is TERMINATED.

SO ORDERED this 2d day of June, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE