IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00015-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            ORDER

KENNY ORLIN SIMMONS,

    Defendant.

The court takes up this matter sua sponte. Having scheduled an evidentiary hearing on Defendant's Motion to Withdraw Guilty Plea [DE 67] for October 6, 2025, Defendant's sentencing hearing is CONTINUED to the October 21, 2025, term of court.

SO ORDERED this _____11th_____ day of September, 2025.

_____

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE